DUTTON, K.

v.

TIMBERS, T.

**2420 EDA 2016**

Superior Court of Pennsylvania.

07/03/2017

150702505
(Philadelphia)

Appeal Dismissed

COM.

v.

**LOPEZ–TORRALBA, E.**

**2769 EDA 2016**

Superior Court of Pennsylvania.

07/03/2017

CP–46–CR–0003427–2015 (Montgomery)

Affirmed

J.K.

v.

S.S.

**3811 EDA 2016**

Superior Court of Pennsylvania.

07/03/2017

2014–010813
(Delaware)

Affirmed

**WELLS FARGO BANK**

v.

**STROUP, S.**

**7 EDA 2017**

Superior Court of Pennsylvania.

07/03/2017
Reargument Denied 7/20/2017

No–13–0084
(Carbon)

Appeal Dismissed

